UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER DITTENHAFER,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 3:15-cv-00214- LB<br><br>**JUDGMENT** |

   On September 30, 2015, the Court granted the plaintiff's cross-motion for summary judgment and denied the defendant's motion for summary judgment. (See 9/30/2015 Order, ECF No. 24.) Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the plaintiff and against the defendant. The Clerk of Court shall close the file in this matter.

   **IT IS SO ORDERED.**

Dated: September 30, 2015                    _____
                                             LAUREL BEELER
                                             United States Magistrate Judge

JUDGMENT (No. 3:14-cv-00214-LB)